**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Phone: (310) 277-0614
Fax: (310) 277-0635

**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Kyle D. Smith (SBN 280489)
ks@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class,
the LWDA and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BAZILLE, JR., an individual on behalf of himself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>ACCELERATED SERVICES LLC, a Colorado Limited Liability Company; and DOES 1 TO 50,<br><br>            Defendants. | CASE NO.:  3:21-cv-01657-JD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   December 9, 2021<br>Time:  10:00 a.m.<br>Judge: Honorable James Donato<br>Courtroom:  11<br><br>Action Filed: August 13, 2020<br>Removal Date: March 9, 2021 |

**NOTICE IS HEREBY GIVEN** that, on December 9, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the United States District Court for the Northern District of California, located at the San Francisco Courthouse at 450 Golden Gate Avenue in San Francisco, California, before the Honorable Judge James Donato pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiff Horace Bazille, Jr. ("Plaintiff"), individually and on behalf of all others similarly situated, will and does hereby move this Court for entry of an Order:

1. Preliminarily certifying the class per Rule 23 for purposes of Settlement;

2. Preliminarily appointing Plaintiff as Class Representative for purposes of settlement;

3. Preliminarily appointing Craig J. Ackermann, Esq. of Ackermann & Tilajef, P.C. and Jonathan Melmed, Esq. of Melmed Law Group, P.C. as Class Counsel for purposes of settlement;

4. Preliminarily approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement and Release of Class Action ("Settlement Agreement"), including payment by Accelerated Services, LLC ("Defendant") of the non-reversionary Gross Settlement Amount ("GSA") of $505,000 for a class of 67 truck drivers;

5. Preliminarily approving a Service Award of $5,000 for the named Plaintiff from the GSA in recognition of his significant service to the Settlement Class;

6. Preliminarily approving Plaintiff's Counsel's request for up to 25% of the GSA as attorneys' fees (i.e., up to $126,250), plus reimbursement of actual litigation costs incurred in litigating and resolving this case up to an additional $18,000 from the GSA;

7. Preliminarily approving the PAGA penalty allocation of $25,000 from the GSA, of which 75%, or $18,750, shall be paid to the Labor and Workforce Development Agency;

9. Appointing CPT Group, Inc. as the third-party Settlement Administrator for mailing class notices and other aspects of the settlement administration, approving that up to $15,000 be deducted from the GSA for the costs of settlement administration; and

10. Approving the proposed Class Notice and Share Form and ordering they be disseminated to the class members as provided in the Settlement Agreement.

This motion for preliminary approval of the parties' class action settlement is based upon the supporting Memorandum of Points and Authorities, the Declarations of Craig J. Ackermann, Jonathan

Melmed, and Horace Bazille, Jr., the parties' Settlement Agreement, the proposed Class Notice and Share Form, and the other papers and exhibits filed herewith.

Dated: November 1, 2021

Respectfully submitted,
ACKERMANN & TILAJEF, P.C.
MELMED LAW GROUP P.C.

By:   /s/ Craig J. Ackermann
Craig J. Ackermann, Esq.
Jonathan Melmed, Esq.

Attorneys for Plaintiff and the putative Settlement Class